AO 92    COMMITMENT

# United States District Court

| | |
|---|---|
| UNITED STATES OF AMERICA v. Raegan M. Romantico | **DISTRICT**: New Jersey |
| | **DOCKET NO.**: |
| | **MAGISTRATE CASE NO.**: 18-9214 |

The above named defendant was arrested upon the complaint of

charging a violation of        U.S.C. §

**DISTRICT OF OFFENSE**:

**DATE OF OFFENSE**:

**DESCRIPTION OF CHARGES**:

The defendant is hereby detained until Court Appearance on Wednesday October 31, 2018.

**BOND IS FIXED AT** $

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take the custody of the above named defendant and to commit that defendant with a certified copy of this commitment to the custodian of a place of confinement approved by the Attorney General of the United States where the defendant shall be received and safely kept until discharged in due course of law.

10/25/18
Date

United States Judge or Magistrate

Hon. Anthony R. Mautone

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | | DATE DEFENDANT COMMITTED |
|---|---|---|---|
| DATE | UNITED STATES MARSHAL | | (BY) DEPUTY MARSHAL |