The following defendants are hereby ordered to be released:

Raegan M Romantico = Docket # 18-9214
The defendant is hereby released. Next Court date November 29, 2018.

*[signature]*

Honorable Anthony R. Mautone
United States Magistrate Judge

DATED: 10/31/18